UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF
LOUISIANA LAFAYETTE-
OPELOUSAS  DIVISION

| | | |
|---|---|---|
| KENNETH BRUMLEY | : | CIVIL ACTION NO. 6:09-CV-1078 |
| VS. | : | JUDGE DOHERTY |
| LEAM INVESTMENTS, INC., RONALD BRUMLEY, and LUANN BRUMLEY HOLST | : | MAGISTRATE JUDGE HILL |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED** that this suit be, and it is hereby, dismissed with prejudice, pursuant to Plaintiff's unopposed Motion to Dismiss with Prejudice.

Lafayette, Louisiana, this __25__ day of __May__, **2012**.

_____
UNITED STATES MAGISTRATE JUDGE